Victoria SCHOONMAKER et al., Appellants, v. Dave M. PRICE, Receiver of Great Eastern Oil Company, Inc., Appellee.

No. 12229.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

John C. Walvoord, Jr., Dallas, Tex., for appellants.

Thos. B. Ramey, Tyler, Tex., William R. Niblack, Tyler, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

R. I. TAMEZ v. Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter.

No. 12599.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

Rehearing Denied Jan. 27, 1950.

William P. Dobbins, San Antonio, Tex., Van Howard, San Antonio, Tex., James McCollum Burnett Mission, Tex., for appellant.

Ed Dupree, Gen. Counsel, Office of Housing Expediter, Washington, D. C., Hugo V. Prucha, Asst. Gen. Counsel, Washington, D. C., Isadore A. Honig, Sp. Lit. Atty., Washington, D. C., Nathan Siegel, Sp. Lit. Atty., Washington, D. C., J. Edwin Fleming, Lit. Atty., Dallas, Tex., H. C. Happ, Regional Atty., Dallas, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Myrtle M. BONNEY, Appellee.

No. 12548.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

Ed Dupree, Gen. Counsel, Office of Housing Expediter, Washington, D. C., Hugo V. Prucha, Asst. Gen. Counsel, Washington, D. C., Francis X. Riley, Sp. Lit. Atty., Washington, D. C., J. Edwin Fleming, Lit. Atty., Dallas, Tex., H. C. Happ, Regional Atty., Dallas, Tex., for appellant.

Vernon Elledge, Houston, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.